UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| KLC FINANCIAL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:24-cv-00123-SNLJ |
| | ) | |
| SARC USA, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on motions filed by plaintiff and the parties' proposed third amended case management order.  As an initial matter, plaintiff's motion for leave to file a second amended complaint [Doc. 134], which defendants have not opposed, is granted.  In light of the filing of the second amended complaint, plaintiff shall supplement the briefing on its amended motion for leave to file a crossclaim out of time and to join additional parties.  It appears to the Court that the motion is, in part, now moot.  Plaintiff shall address any remaining issues and specify the relief sought. Defendants will have an opportunity to respond.

Further, in light of the new claims and allegations in the second amended complaint, the motion to compel turnover of equipment [Doc. 102] is denied without prejudice.

Finally, the Court will not enter a third amended case management order at this time.  The Court will address that issue after plaintiff's amended motion for leave to file a crossclaim out of time and to join additional parties is resolved.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to file a second amended complaint [Doc. 134] is **GRANTED**. The Clerk of Court is directed to file the proposed second amended complaint [Doc. 134-2] with exhibits [Docs. 134-3 to 134-13] as the Second Amended Complaint.

**IT IS FURTHER ORDERED** that plaintiff shall supplement the briefing on its amended motion for leave to file a crossclaim out of time and to join additional parties [Doc. 121] within 14 days. Defendants' response is due 10 days thereafter.

**IT IS FURTHER ORDERED** that the motion for leave to file crossclaim out of time and to join additional parties [Doc. 120] is **TERMINATED as moot** based on the filing of the amended motion [Doc. 121].

**IT IS FURTHER ORDERED** that the motion to compel turnover of equipment [Doc. 102] is **DENIED without prejudice**.

**SO ORDERED** this 23rd day of April, 2026.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE

2